**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| TRAVIS WHANN,  )  <br> ) <br> Plaintiff, ) <br> ) Case No. 1:14-cv-00378-TWP-TAB <br> v. ) <br> ) <br> EVERETT RECEIVABLE SERVICES, INC. ) **NOTICE OF DISMISSAL** <br> ) <br> Defendant. ) <br> ) | |

Now comes the Plaintiff, TRAVIS WHANN, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ David P. Leibowitz
David P. Leibowitz
Illinois Attorney No. 1612271
Allen Chern Law LLC
25 E. Washington, Suite 400
Chicago, IL 60602
312-878-1605 (phone)
(866) 359-7478 (fax)
dleibowitz@lawsolutionsbk.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2014, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ David P. Leibowitz
David P. Leibowitz
Illinois Attorney No. 1612271
Allen Chern Law LLC
25 E. Washington, Suite 400
Chicago, IL 60602
312-878-1605 (phone)
(866) 359-7478 (fax)
dleibowitz@lawsolutionsbk.com